# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-                                                                           CASE NO. 6:09-CR-68-ORL-35GJK

**CALVIN N. POPE, JR.**
_____

## ORDER

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 40, filed November 12, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 40) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant **Calvin N. Pope, Jr.** has entered a plea of guilty to Counts One, Three and Four of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Three and Four of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 30th day of November 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services